# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151552

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 151552
                                    COA: 324628

MICHAEL DAVID GARRISON,
         Defendant-Appellant.
                                    Tuscola CC: 13-012701-FH

_____/

On order of the Court, the application for leave to appeal the March 27, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Tuscola Circuit Court for consideration of the defendant's issues regarding *People v Cunningham*, 496 Mich 145 (2014), and MCL 769.1k (as amended effective October 17, 2014) as to the assessment of court costs. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016

Clerk

a0718